AO 257 (Rev. 6//8)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

─── OFFENSE CHARGED ───

See attached ~~████████████████~~

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

─── DEFENDANT - U.S ───

▶ DANIEL JAMES

DISTRICT COURT NUMBER

*FILED*   CR 19   043

*JAN 24 2019*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*YGR*

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. ATTORNEY   ☐ DEFENSE

☒ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   4-19-70012 MAG

Name and Office of Person Furnishing Information on this form   David Anderson

☒ U.S. ATTORNEY   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee & Frank Riebli

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed

DATE OF ARREST   ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET – DANIEL JAMES

Count One:    18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States
Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) -- Conspiracy to
manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280
grams or more of cocaine base and 500 grams or more of cocaine powder
Maximum Penalties: 10 years-life imprisonment, 5 years-lifetime of supervised
release, $10 million criminal fine, $100 special assessment, forfeiture, denial of
federal benefits

Count Three:  18 U.S.C. § 922(a)(1)(A) -- Unlawfully engaging in the business of dealing in
firearms without a license
Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Nine:   18 U.S.C. § 922(o) – Possession of a Machine Gun
Maximum Penalties: 10 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Ten:    18 U.S.C. § 922(k) – Possession of a Firearm with an Obliterated Serial Number
Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Counts Fifteen, Eighteen:    21 U.S.C. § 841(a)(1) and (b)(1)(B) – Distribution and Possession
with Intent to Distribute 28 grams or more of Cocaine Base
Maximum Penalties: 5-40 years imprisonment; 4 years –lifetime of supervised
release, $5 million criminal fine; $100 special assessment; forfeiture, denial of
federal benefits.

Counts Sixteen, Nineteen, Twenty, Twenty-One: 21 U.S.C. § 841(a)(1) and (b)(1)(C) –
Distribution and Possession with Intent to Distribute Cocaine or Cocaine Base
Maximum Penalties: 20 years imprisonment, 3 years-lifetime of supervised
release, $1 million criminal fine, $100 special assessment, forfeiture, denial of
federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. § 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) –
Conspiracy to Distribute and Possess with Intent to
Distribute Cocaine Base and Cocaine;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

FILED

JAN 2 4 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S.**

► GEORGE MOORE JR.

DISTRICT COURT NUMBER

CR 19 043 YGR

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. ATTORNEY   ☐ DEFENSE   }   SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }   MAGISTRATE CASE NO.   4-19-70058 MAG

Name and Office of Person Furnishing Information on this form   David Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee & Frank Riebli

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   }   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   }   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

**PENALTY SHEET – GEORGE MOORE JR.**

Count Two:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) -- Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: 10 years-life imprisonment, 5 years-lifetime of supervised release, $10 million criminal fine, $100 special assessment, forfeiture, denial of federal benefits

Count Fourteen: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**— OFFENSE CHARGED —**

21 U.S.C. § 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to Distribute Cocaine Base

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**— DEFENDANT - U.S —**

▶ TERRY WALKER SR.

DISTRICT COURT NUMBER

CR 19 043 YGR

FILED

**— PROCEEDING —**

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-19-70013 MAG

Name and Office of Person Furnishing Information on this form   David Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee & Frank Riebli

**— DEFENDANT —**

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

JAN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET – TERRY WALKER SR.

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) -- Conspiracy to
manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280
grams or more of cocaine base and 500 grams or more of cocaine powder

        Maximum Penalties: 10 years-life imprisonment, 5 years-lifetime of supervised
        release, $10 million criminal fine, $100 special assessment, forfeiture, denial of
        federal benefits

Count Twenty-Two: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with
Intent to Distribute Cocaine Base

        Maximum Penalties: 20 years imprisonment, 3 years-lifetime of supervised
        release, $1 million criminal fine, $100 special assessment, forfeiture, denial of
        federal benefits

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

21 U.S.C. § 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) –
Conspiracy to Distribute and Possess with Intent to
Distribute Cocaine Base and Cocaine

~~SEALED BY COURT ORDER~~

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── **DEFENDANT - U.S** ───

▶ DALE DAVIS

DISTRICT COURT NUMBER

CR 19 043 YGR

*(FILED stamp)*

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

ATF

JAN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☒ person is awaiting trial in another Federal or State Court,
give name of court

Alameda County Superior Court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form        David Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)        Shiao Lee & Frank Riebli

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

}  ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes
been filed?   ☐ No

}  If "Yes"
give date
filed

DATE OF
ARREST ▶        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶        Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT        Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET – DALE DAVIS

Count Two:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) -- Conspiracy to
manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280
grams or more of cocaine base and 500 grams or more of cocaine powder

                Maximum Penalties: 10 years-life imprisonment, 5 years-lifetime of supervised
release, $10 million criminal fine, $100 special assessment, forfeiture, denial of
federal benefits

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

┌─ **OFFENSE CHARGED** ─────────────────────

21 U.S.C. § 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) –
Conspiracy to Distribute and Possess with Intent to
Distribute Cocaine Base and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and
Possession with Intent to Distribute Cocaine Base;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 922(o) – Possession of a Machine Gun

PENALTY:   See attached

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

─── Name of District Court, and/or Judge/Magistrate Location ───
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

┌─ **DEFENDANT - U.S** ─────────────────────
▶ PAUL RIVERA

DISTRICT COURT NUMBER
C R   1 9        0 4 3

*FILED*
*JAN 24 2019*
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*YGR*

┌─── **PROCEEDING** ───────────

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                              SHOW
                               DOCKET NO.
   ☐ U.S. ATTORNEY  ☐ DEFENSE  }

☒ this prosecution relates to a
pending case involving this same
defendant                       MAGISTRATE
                               CASE NO.
☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this  }
defendant were recorded under   4-19-70014 MAG

Name and Office of Person
Furnishing Information on this form    David Anderson
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Shiao Lee & Frank Riebli

┌──────── **DEFENDANT** ────────

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges  ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction         }
                                    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes    If "Yes"
been filed?            } give date
              ☐ No       filed
DATE OF                Month/Day/Year
ARREST     ▶
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED**        Month/Day/Year
**TO U.S. CUSTODY**  ▶

☐ This report amends AO 257 previously submitted

┌──────── **ADDITIONAL INFORMATION OR COMMENTS** ────────

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons or
Defendant Address:                        warrant needed, since Magistrate has scheduled arraignment

_____    Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET – PAUL RIVERA

Count Two:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) -- Conspiracy to
manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280
grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: 10 years-life imprisonment, 5 years-lifetime of supervised
> release, $10 million criminal fine, $100 special assessment, forfeiture, denial of
> federal benefits

Count Eleven: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release;
> $250,000 fine; $100 special assessment; forfeiture.

Count Thirteen: 18 U.S.C. § 922(o) – Possession of a Machine Gun

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release;
> $250,000 fine; $100 special assessment; forfeiture.

Count Twenty:  21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to
Distribute Cocaine Base

> Maximum Penalties: 20 years imprisonment, 3 years-lifetime of supervised
> release, $1 million criminal fine, $100 special assessment, forfeiture, denial of
> federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. § 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) –
Conspiracy to Distribute and Possess with Intent to
Distribute Cocaine Base and Cocaine;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 922(o) – Possession of a Machine Gun

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attached

FILED
JAN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶ DARRYL WASHINGTON

DISTRICT COURT NUMBER

CR 19    043

YGR

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-19-70017

Name and Office of Person Furnishing Information on this form

David Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

Shiao Lee & Frank Riebli

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.

1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

} ☐ Federal   ☐ State

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ _____   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ _____   Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

_____

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET – DARRYL WASHINGTON

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) -- Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

        Maximum Penalties: 10 years-life imprisonment, 5 years-lifetime of supervised release, $10 million criminal fine, $100 special assessment, forfeiture, denial of federal benefits

Count Seven: 18 U.S.C. § 922(o) – Possession of a Machine Gun

        Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

Count Eight, Twelve: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

        Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

--- OFFENSE CHARGED ---

21 U.S.C. § 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

--- DEFENDANT - U.S ---

▶ CAMERON MOORE-WILLIAMS

DISTRICT COURT NUMBER

FILED CR 19 043

JAN 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YGR

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
  SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee & Frank Riebli

--- DEFENDANT ---

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
  1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
  } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
  } If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

## PENALTY SHEET – CAMERON MOORE-WILLIAMS

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) -- Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 28 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: 5-40 years imprisonment; 4 years –lifetime of supervised release, $5 million criminal fine; $100 special assessment; forfeiture, denial of federal benefits.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location

☐ SUPERSEDING

### NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### OFFENSE CHARGED

21 U.S.C. § 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base and Cocaine;
21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to Distribute Cocaine Base

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See attached

### DEFENDANT - U.S.

▶ DEANTAE KENNEDY-PALMER

DISTRICT COURT NUMBER

CR 19 043

FILED
JAN 24 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YGR

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    SHOW DOCKET NO.
     ☐ U.S. ATTORNEY  ☐ DEFENSE   }

☒ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }   4-19-70021 MAG

Name and Office of Person Furnishing Information on this form    David Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Shiao Lee & Frank Riebli

### DEFENDANT

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
   1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction     } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    } If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

_____

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET – DEANTAE KENNEDY PALMER

Count Two:   21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) -- Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 28 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: 5-40 years imprisonment; 4 years –lifetime of supervised release, $5 million criminal fine; $100 special assessment; forfeiture, denial of federal benefits.

Count Seventeen: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to Distribute Cocaine Base

> Maximum Penalties: 20 years imprisonment, 3 years-lifetime of supervised release, $1 million criminal fine, $100 special assessment, forfeiture, denial of federal benefits

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States;
18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

FILED

PENALTY:   See attached

JAN 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

▶ DARRELL MURPHY JR.

DISTRICT COURT NUMBER

CR 19 043

YGR

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.
}

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    David Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Shiao Lee & Frank Riebli

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
}  ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
}  If "Yes" give date filed

DATE OF ARREST
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                          Before Judge:

Comments:

**PENALTY SHEET – DARRELL MURPHY JR.**

Count One:     18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States
               Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
               $250,000 fine; $100 special assessment; forfeiture.

Count Six:     18 U.S.C. § 922(a)(1)(A) -- Unlawfully engaging in the business of dealing in
firearms without a license

               Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
               $250,000 fine; $100 special assessment; forfeiture.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─ **OFFENSE CHARGED** ─

18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States;
18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License
21 U.S.C. § 846, 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base;
21 U.S.C. § 841(a)(1) and (b)(1)(B) – Distribution and ☐

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─ **DEFENDANT - U.S** ─

▶ STERLING WALKER

DISTRICT COURT NUMBER

CR 19 043

YGR

FILED

─ **PROCEEDING** ─

Name of Complainant Agency, or Person (& Title, if any)

JAN 2 4 2019

ATF

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ person is awaiting trial in another Federal or State Court give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   } 4-19-70018

Name and Office of Person Furnishing Information on this form   David Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee & Frank Riebli

─ **DEFENDANT** ─

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─ **ADDITIONAL INFORMATION OR COMMENTS** ─

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

_____

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET – STERLING WALKER

Count One:    18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States
              Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
              $250,000 fine; $100 special assessment; forfeiture.

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) -- Conspiracy to manufacture,
distribute, or possess with intent to distribute controlled substances, to wit 28 grams or more of
cocaine base and 500 grams or more of cocaine powder
              Maximum Penalties: 5-40 years imprisonment; 4 years –lifetime of supervised
              release, $5 million criminal fine; $100 special assessment; forfeiture, denial of
              federal benefits.

Count Five:    18 U.S.C. § 922(a)(1)(A) -- Unlawfully engaging in the business of dealing in
firearms without a license
              Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
              $250,000 fine; $100 special assessment; forfeiture.

Count Twenty-Three: 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) -- Conspiracy to manufacture,
distribute, or possess with intent to distribute controlled substances, to wit 28 grams or more of
cocaine base
              Maximum Penalties: 5-40 years imprisonment; 4 years –lifetime of supervised
              release, $5 million criminal fine; $100 special assessment; forfeiture, denial of
              federal benefits.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States;
18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  See attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ DESHAWN LEMONS-WOODARD

DISTRICT COURT NUMBER

CR 19 043 YGR

FILED
JAN 2 4 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   David Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee & Frank Riebli

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
}
6) ☐ Awaiting trial on other charges
  ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:     Before Judge:

Comments:

## PENALTY SHEET – DESHAWN LEMONS-WOODARD

Count One:    18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States
              Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
              $250,000 fine; $100 special assessment; forfeiture.

Count Four:    18 U.S.C. § 922(a)(1)(A) -- Unlawfully engaging in the business of dealing in
firearms without a license

              Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
              $250,000 fine; $100 special assessment; forfeiture.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 922(o) – Possession of a Machine Gun

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attached

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

▶ VERNELL THROWER

DISTRICT COURT NUMBER

FILED

CR 19 043

JAN 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

YGR

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

_____

Name and Office of Person
Furnishing Information on this form      David Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Shiao Lee & Frank Riebli

**DEFENDANT**

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?  ☐ Yes  ☐ No

} If "Yes" give date filed

DATE OF ARREST      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

_____

Date/Time:                    Before Judge:

Comments:

**PENALTY SHEET –** **VERNELL THROWER**

Count Seven: 18 U.S.C. § 922(o) – Possession of a Machine Gun
Maximum Penalties: 10 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Eight: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm
Maximum Penalties: 10 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

CR 19    043    YGR

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

FILED

JAN 2 4 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

DANIEL JAMES, GEORGE MOORE, JR.,
TERRY WALKER SR., DALE DAVIS,
PAUL RIVERA, DARRYL WASHINGTON,
CAMERON MOORE-WILLIAMS,
DEANTAE KENNEDY-PALMER,
DARRELL MURPHY JR., STERLING
WALKER, DESHAWN LEMONS-
WOODARD, and VERNELL THROWER,

DEFENDANT(S).

## INDICTMENT

VIOLATIONS:
18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States;
18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License;
18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;
18 U.S.C. § 922(o) – Possession of a Machine Gun;
18 U.S.C. § 922(k) – Possession of a Firearm With an Obliterated Serial Number;
21 U.S.C. § 846 – Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base;
21 U.S.C. § 841(a) – Distribution and Possession with Intent to Distribute Cocaine and Cocaine Base; and
18 U.S.C. § 924(d) and 21 U.S.C. § 853(a) – Forfeiture Allegations

A true bill.

_____
Foreman

Filed in open court this 24th day of

January, 2019.

Stephen Ybarra
_____
Clerk

Bail, $ _____

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3                                            **FILED**

4

5                                        JAN 2 4 2019

6                                    SUSAN Y. SOONG
                                  CLERK, U.S. DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            C R°:  1 9      0 4 3    YGR

12          Plaintiff,                   )
                                         ) VIOLATIONS:
13     v.                                ) 18 U.S.C. § 371 – Conspiracy to Commit Offenses
                                         ) Against the United States;
14  DANIEL JAMES,                        ) 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without
    GEORGE MOORE, JR.,                   ) a License;
15  TERRY WALKER SR.,                    ) 18 U.S.C. § 922(g)(1) – Felon in Possession of a
    DALE DAVIS,                          ) Firearm;
16  PAUL RIVERA,                         ) 18 U.S.C. § 922(o) – Possession of a Machine Gun;
    DARRYL WASHINGTON,                   ) 18 U.S.C. § 922(k) – Possession of a Firearm With an
17  CAMERON MOORE-WILLIAMS,              ) Obliterated Serial Number;
    DEANTAE KENNEDY-PALMER,              ) 21 U.S.C. § 846 – Conspiracy to Distribute and
18  DARRELL MURPHY JR.,                  ) Possess with Intent to Distribute Cocaine and Cocaine
    STERLING WALKER,                     ) Base;
19  DESHAWN LEMONS-WOODARD, and          ) 21 U.S.C. § 841(a) – Distribution and Possession with
    VERNELL THROWER,                     ) Intent to Distribute Cocaine and Cocaine Base; and
20                                       ) 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28
            Defendants.                  ) U.S.C. § 2461(c) – Forfeiture Allegations
21                                       )
    _____ ) OAKLAND VENUE
22

23                              INDICTMENT

24  The Grand Jury charges:

25  COUNT ONE:         (18 U.S.C. § 371 – Conspiracy to Commit an Offense Against the United States)

26      1.      Beginning on a date unknown to the Grand Jury but since at least June 6, 2017, and

27  continuing up through and including January 10, 2019, in the Northern District of California, the

28  defendants,

    INDICTMENT

1  DANIEL JAMES,
2  STERLING WALKER,
   DARRELL MURPHY JR. and
3  DESHAWN LEMONS-WOODARD,

4  knowingly and willfully conspired and agreed with each other and with others, known and unknown to
5  the Grand Jury, to commit offenses against the United States, namely, to willfully engage in the business
6  of dealing in firearms without a license in violation of Title 18, United States Code, Section
7  922(a)(1)(A).

8          2.      The object of this conspiracy was to sell firearms to individuals.  The means and methods
9  by which the defendants and other members and associates of the conspiracy participated in the
10  conspiracy included, but were not limited to, the following: DANIEL JAMES controlled the firearm
11  sales that took place on Makin Road in Oakland, California; DANIEL JAMES and his co-conspirators
12  collected firearms from other persons; and DANIEL JAMES either sold the firearms he and his co-
13  conspirators collected, or he facilitated, directed, or allowed his co-conspirators working on Makin Road
14  to sell the firearms.

15                              OVERT ACTS

16          3.      In furtherance of the conspiracy and to effectuate the objects of the conspiracy, the co-
17  conspirators sold the following firearms in the Northern District of California, on or about the dates
18  listed below, and each of these sales was an overt act in furtherance of the conspiracy:

19

| Date | Firearm Sold | Seller |
|------|-------------|--------|
| 6/6/17 | TKS Engineering AR15HD .223 cal. rifle, serial no. 0910010 | JAMES, LEMONS-WOODARD |
| 6/13/17 | Glock 23 40 cal. pistol with obliterated serial number | LEMONS-WOODARD |
| 7/18/17 | Glock 19 9mm pistol, serial no. TC928 | LEMONS-WOODARD |
| 7/18/17 | Beretta 84FS Cheetah .380 cal. pistol, serial no. H07025Y | LEMONS-WOODARD |
| 9/13/17 | Smith & Wesson SD .40 cal. pistol, serial no. HFJ0152 | JAMES |
| 9/18/17 | Springfield Armory XD .40 caliber pistol, serial no. US4275 | JAMES |
| 10/11/17 | AR-15 style pistol, no manufacturer marks or serial number | JAMES |

| Date | Description | Name |
|---|---|---|
| 10/24/17 | Beretta 96 .40 cal. pistol, serial no. BER080602 | JAMES |
| 10/24/17 | AR-15 style pistol, no manufacturer marks or serial number | JAMES |
| 11/21/17 | Fully automatic Glock 22 40 cal. pistol, serial no. PZL229 | JAMES |
| 11/21/17 | AR-15 style pistol, no manufacturer marks or serial number | JAMES, STERLING |
| 1/31/18 | Springfield Armory XD .45 caliber pistol, serial no. XD639243 | JAMES |
| 3/8/18 | Springfield Armory XD .40 cal. pistol, serial no. XD565385 | MURPHY |
| 6/5/18 | Springfield Armory XD .45 cal. pistol, serial no. XD667617 | JAMES |
| 6/5/18 | AR-15 style pistol, no manufacturer marks or serial number | JAMES, STERLING |
| 6/18/18 | Kahr Arms P40 .40 cal. pistol, with an obliterated serial number | MURPHY |
| 6/18/18 | Smith & Wesson 9mm pistol, serial no. FWS8802 | JAMES |
| 7/12/18 | Heckler & Koch USP40 .40 cal. pistol, serial no. 22-27117; | JAMES |
| 7/12/18 | Beretta 92FS 9mm pistol, serial no. E38985Z | JAMES |
| 7/12/18 | Smith & Wesson SD40 VE .40 cal. pistol, serial no. HFW2363 | JAMES |
| 7/12/18 | Taurus PT99AF 9mm pistol, serial no. TYK51102 | JAMES |
| 7/31/18 | Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. | JAMES |
| 7/31/18 | Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. | JAMES |
| 8/23/18 | Springfield Armory XD40 sub-compact .40 cal. pistol, serial no. US450601 | MURPHY |
| 8/23/18 | Springfield Armory XD40 .40 cal. pistol, serial no. US387906 | MURPHY |
| 8/23/18 | Smith & Wesson M&P .38 cal. pistol, serial no. 9076 | MURPHY |
| 8/23/18 | Unknown mfr, serial no. unknown | MURPHY |
| 10/9/18 | Glock 30 .45 cal. pistol, serial no. CMT960US | JAMES |
| 10/9/18 | Glock-type .40 cal. sub-compact pistol, equipped with Glock 27 slide assembly, serial no. FFF989 | JAMES |
| 10/9/18 | Bryco Arms Jennings Nine 9mm pistol, serial no. 1563705 | JAMES |
| 11/25/18 | Unknown manufacturer, AK-Type short barreled rifle | JAMES |
| 11/25/18 | Kimber 1911 Ultra Carry II .45 cal. pistol, serial no. KU234373 | JAMES |

Additional overt acts, among others, were committed in the Northern District of California:

a)  On or about June 6, 2017, DESHAWN LEMONS-WOODARD arranged the sale of a rifle and ammunition for DANIEL JAMES. DANIEL JAMES then sold the rifle and ammunition. DESHAWN LEMONS-WOODARD sold additional firearms in furtherance of the conspiracy on or about June 13 and July 18, 2017;

1          b)        On or about July 24, 2017, LEMONS-WOODARD sent a text message to an

2    individual photographs containing multiple firearms for sale;

3          c)        On or about October 31, 2017, LEMONS-WOODARD sent a text message to an

4    individual stating he could sell two firearms for $1,000;

5          d)        On or about October 31, 2017, LEMONS-WOODWARD sent a text message

6    containing two photos of the firearms for sale to another individual;

7          e)        On or about November 21, 2017, STERLING WALKER delivered to DANIEL

8    JAMES on Makin Road an AR-15 style pistol that DANIEL JAMES then sold, along with a fully

9    automatic .40 caliber Glock 22 pistol, to another person;

10         f)        On or about March 8, 2018, DANIEL JAMES told another person to speak to his

11   "nef" on Makin Road in order to purchase a firearm.  The person then approached PAUL RIVERA and

12   DARRELL MURPHY JR. on Makin Road, and DARRELL MURPHY JR. sold that person a firearm;

13         g)        On or about June 5, 2018, DANIEL JAMES arranged to sell multiple firearms to

14   another person, including an AR-15 style pistol.  STERLING WALKER brought that firearm to Makin

15   Road and sold it to another person.  During the same transaction, DANIEL JAMES sold the person a .45

16   caliber pistol;

17         h)        On or about August 23, 2018, DARRELL MURPHY JR. facilitated the sale of

18   four firearms to another person.  DANIEL JAMES approved the transaction over the telephone with the

19   other person and said it was safe to purchase guns through DARRELL MURPHY JR.;

20         i)        On November 15, 2018, DARRELL MURPHY JR. told DANIEL JAMES over

21   the telephone that he knew someone that had a "Tec" firearm for sale and asked DANIEL JAMES how

22   much it was worth.  DANIEL JAMES replied "five, six hundred";

23         j)        On November 26, 2018, DANIEL JAMES told STERLING WALKER over the

24   telephone to let him know if he came across any firearms.

25         All in violation of Title 18, United States Code, Section 371.

26   //

27   //

28   //

INDICTMENT                                            4

1 COUNT TWO:     (21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to
2                Distribute Cocaine and Cocaine Base)

3     4.     Beginning on a date unknown to the Grand Jury but since at least October 11, 2017, and

4 continuing up through and including January 10, 2019, in the Northern District of California, the

5 defendants,

6                          DANIEL JAMES,
                         GEORGE MOORE JR.,
7                         TERRY WALKER SR.,
                            DALE DAVIS,
8                          PAUL RIVERA,
                        DARRYL WASHINGTON,
9                    CAMERON MOORE-WILLIAMS,
                        STERLING WALKER and
10                   DEANTAE KENNEDY-PALMER,

11 and others known and unknown to the Grand Jury, knowingly and intentionally conspired to

12 manufacture, distribute, and possess with intent to distribute a mixture and substance containing cocaine

13 base, and conspired to distribute and possess with intent to distribute a mixture and substance containing

14 a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation

15 of Title 21, United States Code, Sections 846 and 841(a)(1).

16                 Quantity of Cocaine and Cocaine Base Involved in the Conspiracy

17     5.     With respect to DANIEL JAMES, GEORGE MOORE JR., TERRY WALKER SR.,

18 DALE DAVIS, PAUL RIVERA, and DARRYL WASHINGTON, their conduct as members of the

19 conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members

20 of the conspiracy charged in Count Two, involved 280 grams or more of a mixture and substance

21 containing cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), and 500 grams or

22 more of a mixture and substance containing a detectable amount of cocaine, its sales, optical and

23 geometric isomers, and salts of its isomers, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B).

24     6.     With respect to CAMERON MOORE-WILLIAMS, STERLING WALKER, and

25 DEANTAE KENNEDY-PALMER, their conduct as members of the conspiracy charged in Count Two,

26 which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count

27 Two, involved 28 grams or more of a mixture and substance containing cocaine base, in violation of 21

28

INDICTMENT                                    5

1  U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), and 500 grams or more of a mixture and substance containing a

2  detectable amount of cocaine, its sales, optical and geometric isomers, and salts of its isomers, in

3  violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B).

4

5  COUNT THREE:          (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

6        7.       Beginning on or about June 6, 2017 and continuing through January 10, 2019, in the

7  Northern District of California, the defendant,

8                                        DANIEL JAMES,

9  not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

10  willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code,

11  Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

12

13  COUNT FOUR:          (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

14        8.       Beginning on or about June 6, 2017 and continuing through January 10, 2019, in the

15  Northern District of California, the defendant,

16                              DESHAWN LEMONS-WOODARD,

17  not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

18  willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code,

19  Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

20

21  COUNT FIVE:          (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

22        9.       Beginning on or about November 21, 2017 and continuing through January 10, 2019, in

23  the Northern District of California, the defendant,

24                                     STERLING WALKER,

25  not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

26  willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code,

27  Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

28

INDICTMENT                                    6

1  COUNT SIX:        (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

2      10.    Beginning on or about March 3, 2018 and continuing through January 10, 2019, in the

3  Northern District of California, the defendant,

4                          DARRELL MURPHY JR.,

5  not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

6  willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code,

7  Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

8

9  COUNT SEVEN:        (18 U.S.C. § 922(o) – Unlawful Possession and Transfer of a Machine Gun)

10      11.    On or about November 2, 2017, in the Northern District of California, the defendants,

11                      DARRYL WASHINGTON and
                          VERNELL THROWER,

12

13  unlawfully possessed and transferred a machinegun (any weapon which shoots and is designed to shoot

14  automatically more than one shot, without manual reloading, by a single function of the trigger),

15  specifically, a Glock 23 .40 caliber pistol, serial number BAEA916, in violation of Title 18, United

16  States Code, Section 922(o).

17

18  COUNT EIGHT:        (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

19      12.    On or about November 2, 2017, in the Northern District of California, the defendants,

20                      DARRYL WASHINGTON and
                          VERNELL THROWER,

21

22  having previously been convicted of a crime punishable by a term of imprisonment exceeding one year,

23  unlawfully and knowingly possessed a firearm, specifically, a Glock 23 .40 caliber pistol, serial number

24  BAEA916, in and affecting interstate commerce, in violation of Title 18, United States Code, Section

25  922(g)(1).

26

27  COUNT NINE:        (18 U.S.C. § 922(o) – Unlawful Possession and Transfer of a Machine Gun)

28      13.    On or about November 21, 2017, in the Northern District of California, the defendant,

INDICTMENT                                    7

1    DANIEL JAMES,

2    unlawfully possessed and transferred a machinegun (any weapon which shoots and is designed to shoot

3    automatically more than one shot, without manual reloading, by a single function of the trigger),

4    specifically, a Glock 22 .40 caliber pistol, serial number PZL229, in violation of Title 18, United States

5    Code, Section 922(o).

6

7    COUNT TEN:          (18 U.S.C. § 922(k) – Possession of Firearms with an Obliterated Serial Number)

8         14.     On or about July 31, 2018, in the Northern District of California, the defendant,

9                                DANIEL JAMES,

10   knowingly possessed two firearms, specifically, two Anderson Manufacturing AM-15 5.56mm cal.

11   pistols, that had been shipped and transported in interstate commerce, from which the manufacturer's

12   serial number had been removed, altered, and obliterated, in violation of Title 18, United States Code,

13   Sections 922(k) and 924(a)(1)(B).

14

15   COUNT ELEVEN:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

16        15.     On or about July 31, 2018, in the Northern District of California, the defendant,

17                                PAUL RIVERA,

18   having previously been convicted of a crime punishable by a term of imprisonment exceeding one year,

19   unlawfully and knowingly possessed a firearm, specifically, a Taurus PT709 Slim 9mm caliber pistol,

20   serial number THW16062, in and affecting interstate commerce, in violation of Title 18, United States

21   Code, Section 922(g)(1).

22

23   COUNT TWELVE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

24        16.     On or about October 9, 2018, in the Northern District of California, the defendant,

25                              DARRYL WASHINGTON,

26   having previously been convicted of a crime punishable by a term of imprisonment exceeding one year,

27   unlawfully and knowingly possessed a firearm, specifically, a Bryco Arms Jennings 9mm pistol, serial

28   number 1563705, in and affecting interstate commerce, in violation of Title 18, United States Code,

INDICTMENT                                        8

1 | Section 922(g)(1).

2

3 | COUNT THIRTEEN:  (18 U.S.C. § 922(o) – Possession of a Machine Gun)

4 |     17.    On or about January 10, 2019, in the Northern District of California, the defendant,

5 | PAUL RIVERA,

6 | unlawfully possessed and transferred a machinegun (any part designed and intended solely and

7 | exclusively for use in converting a weapon into a weapon that shoots and is designed to shoot

8 | automatically more than one shot, without manual reloading, by a single function of the trigger),

9 | specifically, a device commonly known as a "Glock switch," in violation of Title 18, United States

10 | Code, Section 922(o).

11

12 | COUNT FOURTEEN:  (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

13 |     18.    On or about January 10, 2019, in the Northern District of California, the defendant,

14 | GEORGE MOORE JR.,

15 | having previously been convicted of a crime punishable by a term of imprisonment exceeding one year,

16 | unlawfully and knowingly possessed a firearm, specifically, a Mossberg 500A shotgun, serial number

17 | K888504, in and affecting interstate commerce, in violation of Title 18, United States Code, Section

18 | 922(g)(1).

19

20 | COUNT FIFTEEN:    (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine Base)

21

22 |     19.    On or about January 29, 2018, in the Northern District of California, the defendant,

23 | DANIEL JAMES,

24 | knowingly and intentionally distributed and possessed with intent to distribute 28 grams or more of a

25 | mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United

26 | States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii).

27

28 | //

INDICTMENT    9

COUNT SIXTEEN:       (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine)

20.     On or about March 15, 2018, in the Northern District of California, the defendant,

DANIEL JAMES,

knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT SEVENTEEN:       (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine Base)

21.     On or about October 7, 2018, in the Northern District of California, the defendant,

DEANTAE KENNEDY-PALMER,

knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

COUNT EIGHTEEN:       (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine Base)

22.     On or about October 9, 2018, in the Northern District of California, the defendant,

DANIEL JAMES,

knowingly and intentionally distributed and possessed with intent to distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii).

COUNT NINETEEN:       (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute   Cocaine)

23.     On or about October 11, 2018, in the Northern District of California, the defendant,

DANIEL JAMES,

1  knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance

2  containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers,

3  in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

4

5  COUNT TWENTY:              (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                            Distribute Cocaine Base)
6

7      24.      On or about December 12, 2019, in the Northern District of California, the defendants,

8                                    DANIEL JAMES and
                                     PAUL RIVERA,
9

10  knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance

11  containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections

12  841(a)(1) and 841(b)(1)(C).

13

14  COUNT TWENTY-ONE:          (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                            Distribute Cocaine Base)
15

16      25.      On or about January 10, 2019, in the Northern District of California, the defendant,

17                                   DANIEL JAMES,

18  knowingly and intentionally possessed with intent to distribute a mixture or substance containing a

19  detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and

20  841(b)(1)(C).

21

22  COUNT TWENTY-TWO:          (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                            Distribute Cocaine Base)
23

24      26.      On or about January 10, 2019, in the Northern District of California, the defendant,

25                                   TERRY WALKER SR.,

26  knowingly and intentionally possessed with intent to distribute a mixture or substance containing

27  cocaine base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

28

1   COUNT TWENTY-THREE: (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
Distribute Cocaine Base)

2

3        27.     On or about January 10, 2019, in the Northern District of California, the defendant,

4                              STERLING WALKER,

5 knowingly and intentionally distributed and possessed with intent to distribute 28 grams or more of a

6 mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United

7 States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii).

8

9   FORFEITURE ALLEGATION:      (18 U.S.C. § 924, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) –

10 Criminal Forfeiture)

11       1.     The allegations contained above in this Indictment are realleged and by this reference

12 fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C.

13 § 924 and 21 U.S.C. § 853.

14       2.     Upon a conviction of any of the offenses alleged in Counts One and Three through

15 Fourteen above, the defendants,

16                           DANIEL JAMES,
                          PAUL RIVERA,

17                     DARRYL WASHINGTON,
                    STERLING WALKER,

18                     DARRELL MURPHY JR.,
           DESHAWN LEMONS-WOODARD,

19                   GEORGE MOORE JR. and
                  VERNELL THROWER,

20

21 shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), any firearms and ammunition

22 involved in the commission of the offenses, including but not limited to the following property:

23

24

| TKS Engineering AR15HD .223 cal. rifle, serial no. 0910010 |
|---|
| Glock 23 40 cal. pistol with obliterated serial number |
| Glock 19 9mm pistol, serial no. TC928 |
| Beretta 84FS Cheetah .380 cal. pistol, serial no. H07025Y |
| Smith & Wesson SD .40 cal. pistol, serial no. HFJ0152 |
| Springfield Armory XD .40 caliber pistol, serial no. US4275 |

| |
|---|
| AR-15 style pistol, no manufacturer marks or serial number |
| Beretta 96 .40 cal. pistol, serial no. BER080602 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Fully automatic Glock 23 .40 cal. pistol, serial no. BAEA916 |
| Fully automatic Glock 22 40 cal. pistol, serial no. PZL229 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Springfield Armory XD .45 caliber pistol, serial no. XD639243 |
| Springfield Armory XD .40 cal. pistol, serial no. XD565385 |
| Springfield Armory XD .45 cal. pistol, serial no. XD667617 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Short-barreled rifle, no manufacturer marks or serial number |
| Kahr Arms P40 .40 cal. pistol, with an obliterated serial number |
| Smith & Wesson 9mm pistol, serial no. FWS8802 |
| Heckler & Koch USP40 .40 cal. pistol, serial no. 22-27117; |
| Beretta 92FS 9mm pistol, serial no. E38985Z |
| Smith & Wesson SD40 VE .40 cal. pistol, serial no. HFW2363 |
| Taurus PT99AF 9mm pistol, serial no. TYK51102 |
| Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. |
| Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. |
| Taurus PT709 Slim 9mm cal. pistol |
| Springfield Armory XD40 sub-compact .40 cal. pistol, serial no. US450601 |
| Springfield Armory XD40 .40 cal. pistol, serial no. US387906 |
| Smith & Wesson M&P .38 cal. pistol, serial no. 9076 |
| Unknown mfr, serial no. unknown |
| Glock 30 .45 cal. pistol, serial no. CMT960US |
| Glock-type .40 cal. sub-compact pistol, equipped with Glock 27 slide assembly, serial no. FFF989 |
| Bryco Arms Jennings Nine 9mm pistol, serial no. 1563705 |
| Unknown manufacturer, AK-Type short barreled rifle |
| Kimber 1911 Ultra Carry II .45 cal. pistol, serial no. KU234373 |
| Unknown make/model pistol with an "auto switch," seized on January 10, 2019 |
| Unknown make/model pistol, serial no. PF940C, seized on January 10, 2019 |
| Glock 30S, .45 caliber pistol, serial no. YEP619, seized on January 10, 2019 |
| Glock .45 caliber pistol with extended magazine, seized on January 10, 2019 |
| Davis Industries P380 pistol, serial no. AP068569, seized on January 10, 2019 |

| Mossberg 500A shotgun, serial no. K888504, seized on January 10, 2019 |
| Smith & Wesson 9mm handgun, serial no. FWF7388 |

3.      Upon a conviction of any of the offenses alleged in Count Two and Counts Fifteen through Twenty-Three, the defendants,

DANIEL JAMES,
GEORGE MOORE JR.,
DALE DAVIS,
TERRY WALKER SR.,
PAUL RIVERA,
DARRYL WASHINGTON,
CAMERON MOORE-WILLIAMS,
STERLING WALKER and
DEANTAE KENNEDY-PALMER,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), all right, title, and interest in property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations.  Property to be forfeited includes but is not limited to a forfeiture money judgment and all United States currency and electronic devices, including mobile telephones, seized on or about January 10, 2019.

4.      If, as a result of any act or omission of the defendants, any of said property

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property with cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property of the defendants pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 924.

//

//

//

//

INDICTMENT                                              14

1    All pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Federal Rule of

2    Criminal Procedure 32.2.

3

4    DATED: Jan. 24, 2019                          A TRUE BILL.

5

6                                                   FOREPERSON

7

8

9    DAVID L. ANDERSON
     United States Attorney

10

11   _____

12   STEPHANIE M. HINDS
     Deputy Chief, Criminal Division

13

14   (Approved as to form: _____)
                        Shiao Lee and Frank Riebli

15                      Assistant United States Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                              15