LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
DANIEL JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>DANIEL JAMES, et al.,<br><br>　　　　Defendants. | Case No. CR 19-cr-00043 YGR<br><br>**EX PARTE APPLICATION FOR ORDER COMPELLING DEFENDANT DANIEL JAMES' ATTENDANCE**<br>　　　　AND ORDER |

The undersigned counsel was appointed to represent Defendant Daniel James in this matter. Defendant James is in custody and has, apparently, refused to attend his last two scheduled court appearances. In order to be able to meet with counsel and to attend court, it is necessary that Mr. James be compelled, if necessary, to attend his next scheduled court appearances, both of which are set on May 30, 2019. The Alameda County Sheriff's Office requires a court order before removing Mr. James from his cell to come to court should he refuse to attend. The undersigned requests that the court so order.

DATED: May 22, 2019　　　　　　　　　　　　/S/Erik Babcock
　　　　　　　　　　　　　　　　　　　　　　ERIK BABCOCK
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant JAMES

1

```
LAW OFFICES OF ERIK BABCOCK
ERIK BABCOCK (Cal. 172517)
717 Washington St., 2d Floor
Oakland CA 94607
Tel: (510) 452-8400
Fax: (510) 452-8405
erik@babcocklawoffice.com

Attorney for Defendant
DANIEL JAMES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DANIEL JAMES, et al.,<br><br>    Defendants. | Case No. CR 19-cr-00043 YGR<br><br>[~~PROPOSED~~] **ORDER COMPELLING DEFENDANT DANIEL JAMES' ATTENDANCE** |

Defendant Daniel James has refused to appear in court for his most recent scheduled court appearances. Under such circumstances, a court order is required to compel his attendance. Given that Mr. James has not attended his recent court appearances, his personal presence in court is essential. Therefore, should Mr. James persist in his refusal to appear, the Court hereby ORDERS the Alameda County Sheriff's Office to use appropriate force to remove Mr. James from his cell and present him to the United States Marshal's Service for transportation to the court on May 30, 2019. The United States Marshal's Service is ordered to serve this order on the Alameda County Sheriff's Office.

**SO ORDERED.**

DATED: May 24, 2019

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

cc: Certified Copies to USMS