## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT

☒ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. sec. 371
Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(A)
Count 3: 18 U.S.C. sec. 922(a)(1)(A)
Count 9: 18 U.S.C. sec. 922(o)
Count 10: 18 U.S.C. sec. 922(k)
Counts 15, 18: 21 U.S.C. sec. 841(a)(1), (b)(1)(B)
Counts 16. 19-21: 21 U.S.C. sec. 841(a)(1), (b)(1)(C)   ☐+

PENALTY:

See Attached

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

**DEFENDANT - U.S**

▶ Daniel James

**FILED**

**JUL 18 2019**

DISTRICT COURT NUMBER

CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

   ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Shiao Lee and Frank Riebli

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year   1/10/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Document No.

131 cy

## PENALTY SHEET – DANIEL JAMES

Count One:     18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States
Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Two:     21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to
manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280
grams or more of cocaine base and 500 grams or more of cocaine powder
Maximum Penalties: minimum 10 years prison, maximum life imprisonment;
5 years to life of supervised release; $10 million fine; $100 special assessment;
forfeiture; denial of federal benefits.

Count Three:  18 U.S.C. § 922(a)(1)(A) -- Unlawfully engaging in the business of dealing in
firearms without a license
Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Nine:   18 U.S.C. § 922(o) – Possession of a Machine Gun
Maximum Penalties: 10 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Count Ten:    18 U.S.C. § 922(k) – Possession of a Firearm with an Obliterated Serial Number
Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
$250,000 fine; $100 special assessment; forfeiture.

Counts Fifteen, Eighteen:     21 U.S.C. § 841(a)(1) and (b)(1)(B) – Distribution and Possession
with Intent to Distribute 28 grams or more of Cocaine Base
Maximum Penalties: minimum 5 years prison, maximum 40 years prison; 4 years
to life of supervised release; $5 million fine; $100 special assessment; forfeiture;
denial of federal benefits.

Counts Sixteen, Nineteen, Twenty, Twenty-One: 21 U.S.C. § 841(a)(1) and (b)(1)(C) –
Distribution and Possession with Intent to Distribute Cocaine or Cocaine Base
Maximum Penalties: 20 years imprisonment; 3 years to life of supervised release;
$1 million fine; $100 special assessment; forfeiture; denial of federal benefits.

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

## OFFENSE CHARGED

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(A)
Count 14: 18 U.S.C. sec. 922(g)(1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See Attached

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

→ George Moore, Jr.

DISTRICT COURT NUMBER

CR 19-043 YGR

**FILED**

JUL 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form   David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Shiao Lee and Frank Riebli

---

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges → _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction     } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed?   ☐ Yes   ☐ No   If "Yes" give date filed _____

DATE OF ARREST → Month/Day/Year   1/10/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY → Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:

☐ Arraignment   ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET – GEORGE MOORE JR.

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: minimum 10 years prison, maximum life imprisonment; 5 years to life of supervised release; $10 million fine; $100 special assessment; forfeiture; denial of federal benefits.

Count Fourteen: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

---— OFFENSE CHARGED ——---

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(A)
Count 22: 21 U.S.C. sec. 841(a)(1), (b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See Attached

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---— DEFENDANT - U.S ——---

**FILED**

▸ Terry Walker, Sr.

**JUL 18 2019**

DISTRICT COURT NUMBER

CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.
}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person
Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Shiao Lee and Frank Riebli

---

## DEFENDANT

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior ▸
    summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
}
  ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No
}
If "Yes"
give date
filed _____

**DATE OF ARREST** ▸
Month/Day/Year
1/10/19

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▸
Month/Day/Year
_____

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

_____

Date/Time: _____    Before Judge: _____

Comments:



## PENALTY SHEET – TERRY WALKER SR.

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: minimum 10 years prison, maximum life imprisonment; 5 years to life of supervised release; $10 million fine; $100 special assessment; forfeiture; denial of federal benefits.

Count Twenty-Two: 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to Distribute Cocaine Base

> Maximum Penalties: 20 years imprisonment; 3 years to life of supervised release; $1 million fine; $100 special assessment; forfeiture; denial of federal benefits.

AO 257 (Rev. 6/78)



## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

### OFFENSE CHARGED

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(A)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Minimum 10 years prison
Maximum life imprisonment
$10 million fine
5 years to life supervised release
$100 special assessment, forfeiture, denial of federal benefits

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### DEFENDANT - U.S

▶ Dale Davis

**FILED**

JUL 18 2019

DISTRICT COURT NUMBER
CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Northern District of California

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction           ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date
filed _____

DATE OF ▶ Month/Day/Year
ARREST        1/10/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                      SHOW
☐ U.S. ATTORNEY  ☐ DEFENSE       DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant                                MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    David L. Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Shiao Lee and Frank Riebli

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance      * Where defendant previously apprehended on complaint, no new summons or
Defendant Address:                         warrant needed, since Magistrate has scheduled arraignment

_____                    Date/Time: _____    Before Judge: _____

Comments:

AO 257 Rev. 6/78)



# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

---

**OFFENSE CHARGED**

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(A)
Counts 11, 25: 18 U.S.C. sec. 922(g)(1)
Counts 13, 24: 18 U.S.C. sec. 922(o)
Count 20: 21 U.S.C. sec. 841(a)(1), (b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:
See Attached

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

---

**DEFENDANT - U.S**

**FILED**

▶ Paul Rivera

**JUL 18 2019**

DISTRICT COURT NUMBER

CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Shiao Lee and Frank Riebli

---

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes     If "Yes"
been filed?    ☐ No     give date
filed

DATE OF     ▶ Month/Day/Year
ARREST         1/10/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____ Before Judge: _____

Comments:

# PENALTY SHEET – PAUL RIVERA

Count Two:  21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: minimum 10 years prison, maximum life imprisonment; 5 years to life of supervised release, $10 million criminal fine, $100 special assessment, forfeiture, denial of federal benefits.

Counts Eleven and Twenty-Five:  18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

Counts Thirteen and Twenty-Four:  18 U.S.C. § 922(o) – Possession of a Machine Gun

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

Count Twenty:  21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution and Possession with Intent to Distribute Cocaine Base

> Maximum Penalties: 20 years imprisonment, 3 years to life of supervised release, $1 million criminal fine, $100 special assessment, forfeiture, denial of federal benefits.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☒ SUPERSEDING

**OFFENSE CHARGED**

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(A)
Count 7: 18 U.S.C. sec. 922(o)
Counts 8, 12: 18 U.S.C. sec. 922(g)(1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: See Attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

Darryl Washington

 **FILED**

JUL 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

DISTRICT COURT NUMBER

CR 19-043 YGR

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Shiao Lee and Frank Riebli

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶  Month/Day/Year  1/10/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____  Before Judge: _____

Comments:

# PENALTY SHEET – DARRYL WASHINGTON

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

> Maximum Penalties: minimum 10 years prison, maximum life imprisonment; 5 years to life of supervised release; $10 million fine; $100 special assessment; forfeiture; denial of federal benefits.

Count Seven: 18 U.S.C. § 922(o) – Possession of a Machine Gun

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.

Count Eight, Twelve: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

> Maximum Penalties: 10 years imprisonment; 3 years of supervised release; $250,000 fine; $100 special assessment; forfeiture.



## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

─── OFFENSE CHARGED ───

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Minimum 5 years prison
Maximum 40 years prison
$5,000,000 fine
4 years to life supervised release following incarceration
$100 special assessment, forfeiture, denial of federal benefits

─── DEFENDANT - U.S ───

**FILED**

Cameron Moore-Williams

DISTRICT COURT NUMBER

CR 19-043 YGR

**JUL 18 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

─── DEFENDANT ───

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form        David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Shiao Lee and Frank Riebli

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

} ☐ Federal  ☐ State

Has detainer  ☐ Yes
been filed?   ☐ No

If "Yes" give date filed

DATE OF ARREST ▸        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:



## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

---

### OFFENSE CHARGED

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(B)
Count 17: 21 U.S.C. sec. 841(a)(1), (b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See Attached

---

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

---

### DEFENDANT - U.S

▶ Deantae Kennedy-Palmer

**FILED**

**JUL 18 2019**

DISTRICT COURT NUMBER
CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

_____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

_____

Name and Office of Person
Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Shiao Lee and Frank Riebli

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)

     Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

_____

Has detainer been filed? ☐ Yes   If "Yes" give date filed
               ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET – DEANTAE KENNEDY PALMER

Count Two:    21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 280 grams or more of cocaine base and 500 grams or more of cocaine powder

Maximum Penalties: minimum 10 years prison, maximum life imprisonment; 5 years to life of supervised release; $10 million fine; $100 special assessment; forfeiture; denial of federal benefits.

Count Seventeen:  21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine or Cocaine Base

Maximum Penalties: 20 years imprisonment; 3 years to life of supervised release; $1 million fine; $100 special assessment; forfeiture; denial of federal benefits.



## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 18 U.S.C. sec. 371
Count 6: 18 U.S.C. sec. 922(a)(1)(A)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:  Both Counts:
Maximum 5 years prison
$250,000 fine
3 years supervised release
$100 special assessment per count; forfeiture

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ Darrell Murphy Jr.

**FILED**

**JUL 18 2019**

DISTRICT COURT NUMBER

CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

}  ☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

}

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form     David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Shiao Lee and Frank Riebli

Has detainer ☐ Yes
been filed?   ☐ No

} If "Yes"
  give date
  filed

DATE OF
ARREST ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶
TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

\* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____     Before Judge: _____

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
                                ☒ SUPERSEDING

### OFFENSE CHARGED

Count 1: 18 U.S.C. sec. 371
Count 2: 21 U.S.C. sec. 846, 841(a)(1) and (b)(1)(B)
Count 5: 18 U.S.C. sec. 922(a)(1)(A)
Count 23: 21 U.S.C. sec. 841(a)(1) and (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
    See Attached

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

### DEFENDANT - U.S

▶ Sterling Walker

**FILED**

**JUL 18 2019**

DISTRICT COURT NUMBER

CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY  ☐ DEFENSE
                        SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
                        MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Shiao Lee and Frank Riebli

---

### DEFENDANT

**IS *NOT* IN CUSTODY**
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
        summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
    _____

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution
    _____

Has detainer ☐ Yes   If "Yes" give date filed
been filed?  ☐ No   _____

DATE OF ARREST ▶  Month/Day/Year  1/10/19

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____   Before Judge: _____

Comments:

# PENALTY SHEET – STERLING WALKER

Count One:  18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States
    Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
    $250,000 fine; $100 special assessment; forfeiture.

Count Two:  21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 28 grams or more of cocaine base and 500 grams or more of cocaine powder
    Maximum Penalties: minimum 5 years prison, maximum 40 years imprisonment;
    4 years to life of supervised release; $5 million fine; $100 special assessment;
    forfeiture; denial of federal benefits.

Count Five:  18 U.S.C. § 922(a)(1)(A) – Unlawfully engaging in the business of dealing in firearms without a license
    Maximum Penalties: 5 years imprisonment; 3 years of supervised release;
    $250,000 fine; $100 special assessment; forfeiture.

Count Twenty-Three:  21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) – Conspiracy to manufacture, distribute, or possess with intent to distribute controlled substances, to wit 28 grams or more of cocaine base
    Maximum Penalties: minimum 5 years prison, maximum 40 years imprisonment;
    4 years to life of supervised release; $5 million fine; $100 special assessment;
    forfeiture; denial of federal benefits.

AO 257 (Rev. 6/78)



# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

---
┌─ OFFENSE CHARGED ─────────────────────────┐

Count 1: 18 U.S.C. sec. 371
Count 4: 18 U.S.C. sec. 922(a)(1)(A)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Both Counts:
Maximum 5 years in prison
$250,000 fine
Maximum 3 years supervised release
$100 special assessment per count; forfeiture
└────────────────────────────────────────┘

┌──────────────────────────────────────────┐
Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION
└──────────────────────────────────────────┘

┌─ DEFENDANT - U.S ─────────────────────────┐

► Deshawn Lemons-Woodard

**FILED**

**JUL 18 2019**

DISTRICT COURT NUMBER

CR 19-043 YGR

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE
└──────────────────────────────────────────┘

---

┌─ PROCEEDING ──────────────────────────────┐

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE     } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant     } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form ____ David L. Anderson
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) ____ Shiao Lee and Frank Riebli
└──────────────────────────────────────────┘

┌─ DEFENDANT ───────────────────────────────┐

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  If "Yes" give date filed
☐ No

**DATE OF ARREST** ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

☐ This report amends AO 257 previously submitted
└──────────────────────────────────────────┘

---

┌─────────────────── ADDITIONAL INFORMATION OR COMMENTS ──────────────────┐

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: ____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

_____     Date/Time: ____   Before Judge: ____

Comments:
└──────────────────────────────────────────┘

AO 257 (Rev. 6/78)



| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☒ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 7: 18 U.S.C. sec. 922(o)
Count 8: 18 U.S.C. sec. 922(g)(1)

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY: Both Counts:
Maximum 10 years prison
$250,000 fine
3 years supervised release
$100 special assessment per count; forfeiture

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── **DEFENDANT - U.S** ───

▶ Vernell Thrower

**FILED**

DISTRICT COURT NUMBER

CR 19-043 YGR

**JUL 18 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form    David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Shiao Lee and Frank Riebli

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☒ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes
been filed? ☐ No
If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

AO 257 (Rev. 6/78)



## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### OFFENSE CHARGED

Count 2: 21 U.S.C. sec. 846, 841(a)(1), (b)(1)(B)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Minimum 5 years prison
Maximum 40 years prison
$5 million fine
4 years to life supervised release
$100 special assessment, forfeiture, denial of federal benefits

### DEFENDANT - U.S

▶ Joe Frank

**FILED**

DISTRICT COURT NUMBER

CR 19-043 YGR

**JUL 18 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No give date filed _____

DATE OF ARREST ▶ Month/Day/Year
_____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form David L. Anderson

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) Shiao Lee and Frank Riebli

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland



| UNITED STATES OF AMERICA, | NO. CR 19-00043 YGR |
|---|---|

**V.**

DANIEL JAMES,
GEORGE MOORE, JR.,
TERRY WALKER SR.,
DALE DAVIS,
PAUL RIVERA,
DARRYL WASHINGTON,
CAMERON MOORE-WILLIAMS,
DEANTAE KENNEDY-PALMER,
DARRELL MURPHY JR.,
STERLING WALKER,
DESHAWN LEMONS-WOODARD,
VERNELL THROWER, and
JOE FRANK

**FILED**

**JUL 18 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

**DEFENDANT.**

SUPERSEDING INDICTMENT

18 U.S.C. § 371 – Conspiracy to Commit Offenses Against the United States; 18 U.S.C. § 922(a)
(1)(A) – Dealing Firearms Without a License; 18 U.S.C. § 922(g)(1) – Felon in Possession of a
Firearm; 18 U.S.C. § 922(o) – Possession of a Machine Gun; 18 U.S.C. § 922(k) – Possession of
a Firearm with an Obliterated Serial Number; 21 U.S.C. § 846 – Conspiracy to Distribute and
Possess with Intent to Distribute Cocaine and Cocaine Base; 21 U.S.C. § 841(a) – Distribution
and Possession with Intent to Distribute Cocaine and Cocaine Base; and 18 U.S.C. § 924(d), 21
U.S.C. § 853(a), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this ___18___ day of _Jucy_ _2019_

_Susan Soong_
Clerk

By _D. Merry_

Bail, $ **NO BAIL WARRANT** for Joe Frank only

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4                                              **FILED**

5                                              JUL 18 2019

6                                              SUSAN Y. SOONG
                                               CLERK, U.S. DISTRICT COURT
7                                              NORTH DISTRICT OF CALIFORNIA
                                               OAKLAND OFFICE

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11  UNITED STATES OF AMERICA,             )  Case No. CR 19-00043 YGR
                                          )
12        Plaintiff,                      )
                                          )  VIOLATIONS:
13     v.                                 )
                                          )  18 U.S.C. § 371 – Conspiracy to Commit Offenses
14  DANIEL JAMES,                         )  Against the United States; 18 U.S.C. § 922(a)(1)(A) –
    GEORGE MOORE, JR.,                    )  Dealing Firearms Without a License; 18 U.S.C. §
15  TERRY WALKER SR.,                     )  922(g)(1) – Felon in Possession of a Firearm;
    DALE DAVIS,                           )  18 U.S.C. § 922(o) – Possession of a Machine Gun;
16  PAUL RIVERA,                          )  18 U.S.C. § 922(k) – Possession of a Firearm with an
    DARRYL WASHINGTON,                    )  Obliterated Serial Number; 21 U.S.C. § 846 –
17  CAMERON MOORE-WILLIAMS,               )  Conspiracy to Distribute and Possess with Intent to
    DEANTAE KENNEDY-PALMER,               )  Distribute Cocaine and Cocaine Base; 21 U.S.C. §
18  DARRELL MURPHY JR.,                   )  841(a) – Distribution and Possession with Intent to
    STERLING WALKER,                      )  Distribute Cocaine and Cocaine Base; and 18 U.S.C.
19  DESHAWN LEMONS-WOODARD,               )  § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c)
    VERNELL THROWER, and                  )  – Criminal Forfeiture
20  JOE FRANK                             )
                                          )
21        Defendants.                     )        OAKLAND VENUE
                                          )
22  _____)

23                   S U P E R S E D I N G   I N D I C T M E N T

24  The Grand Jury charges:

25  COUNT ONE:          (18 U.S.C. § 371 – Conspiracy to Commit an Offense Against the United States)

26        1.      Beginning on a date unknown to the Grand Jury but since at least June 6, 2017, and

27  continuing up through and including January 10, 2019, in the Northern District of California, the

28  defendants,                                         Document No.
                                                        131
    SUPERSEDING INDICTMENT                              District Court
    CR 19-00043 YGR                                     Criminal Case Processing

1    DANIEL JAMES,
2    STERLING WALKER,
     DARRELL MURPHY JR. and
3    DESHAWN LEMONS-WOODARD,

4    knowingly and willfully conspired and agreed with each other and with others, known and unknown to

5    the Grand Jury, to commit offenses against the United States, namely, to willfully engage in the business

6    of dealing in firearms without a license in violation of Title 18, United States Code, Section

7    922(a)(1)(A).

8         2.    The object of this conspiracy was to sell firearms to individuals.  The means and methods

9    by which the defendants and other members and associates of the conspiracy participated in the

10   conspiracy included, but were not limited to, the following: DANIEL JAMES controlled the firearm

11   sales that took place on Makin Road in Oakland, California; DANIEL JAMES and his co-conspirators

12   collected firearms from other persons; and DANIEL JAMES either sold the firearms he and his co-

13   conspirators collected, or he facilitated, directed, or allowed his co-conspirators working on Makin Road

14   to sell the firearms.

15                                        OVERT ACTS

16        3.    In furtherance of the conspiracy and to effectuate the objects of the conspiracy, the co-

17   conspirators sold the following firearms in the Northern District of California, on or about the dates

18   listed below, and each of these sales was an overt act in furtherance of the conspiracy:

19

20

| Date | Firearm Sold | Seller |
|------|-------------|--------|
| 6/6/17 | TKS Engineering AR15HD .223 cal. rifle, serial no. 0910010 | JAMES, LEMONS-WOODARD |
| 6/13/17 | Glock 23 40 cal. pistol with obliterated serial number | LEMONS-WOODARD |
| 7/18/17 | Glock 19 9mm pistol, serial no. TC928 | LEMONS-WOODARD |
| 7/18/17 | Beretta 84FS Cheetah .380 cal. pistol, serial no. H07025Y | LEMONS-WOODARD |
| 9/13/17 | Smith & Wesson SD .40 cal. pistol, serial no. HFJ0152 | JAMES |
| 9/18/17 | Springfield Armory XD .40 caliber pistol, serial no. US4275 | JAMES |
| 10/11/17 | AR-15 style pistol, no manufacturer marks or serial number | JAMES |

| 10/24/17 | Beretta 96 .40 cal. pistol, serial no. BER080602 | JAMES |
|---|---|---|
| 10/24/17 | AR-15 style pistol, no manufacturer marks or serial number | JAMES |
| 11/21/17 | Fully automatic Glock 22 40 cal. pistol, serial no. PZL229 | JAMES |
| 11/21/17 | AR-15 style pistol, no manufacturer marks or serial number | JAMES, STERLING |
| 1/31/18 | Springfield Armory XD .45 caliber pistol, serial no. XD639243 | JAMES |
| 3/8/18 | Springfield Armory XD .40 cal. pistol, serial no. XD565385 | MURPHY |
| 6/5/18 | Springfield Armory XD .45 cal. pistol, serial no. XD667617 | JAMES |
| 6/5/18 | AR-15 style pistol, no manufacturer marks or serial number | JAMES, STERLING |
| 6/18/18 | Kahr Arms P40 .40 cal. pistol, with an obliterated serial number | MURPHY |
| 6/18/18 | Smith & Wesson 9mm pistol, serial no. FWS8802 | JAMES |
| 7/12/18 | Heckler & Koch USP40 .40 cal. pistol, serial no. 22-27117; | JAMES |
| 7/12/18 | Beretta 92FS 9mm pistol, serial no. E38985Z | JAMES |
| 7/12/18 | Smith & Wesson SD40 VE .40 cal. pistol, serial no. HFW2363 | JAMES |
| 7/12/18 | Taurus PT99AF 9mm pistol, serial no. TYK51102 | JAMES |
| 7/31/18 | Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. | JAMES |
| 7/31/18 | Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. | JAMES |
| 8/23/18 | Springfield Armory XD40 sub-compact .40 cal. pistol, serial no. US450601 | MURPHY |
| 8/23/18 | Springfield Armory XD40 .40 cal. pistol, serial no. US387906 | MURPHY |
| 8/23/18 | Smith & Wesson M&P .38 cal. pistol, serial no. 9076 | MURPHY |
| 8/23/18 | Unknown mfr, serial no. unknown | MURPHY |
| 10/9/18 | Glock 30 .45 cal. pistol, serial no. CMT960US | JAMES |
| 10/9/18 | Glock-type .40 cal. sub-compact pistol, equipped with Glock 27 slide assembly, serial no. FFF989 | JAMES |
| 10/9/18 | Bryco Arms Jennings Nine 9mm pistol, serial no. 1563705 | JAMES |
| 11/25/18 | Unknown manufacturer, AK-Type short barreled rifle | JAMES |
| 11/25/18 | Kimber 1911 Ultra Carry II .45 cal. pistol, serial no. KU234373 | JAMES |

Additional overt acts, among others, were committed in the Northern District of California:

a)     On or about June 6, 2017, DESHAWN LEMONS-WOODARD arranged the sale of a rifle and ammunition for DANIEL JAMES. DANIEL JAMES then sold the rifle and ammunition. DESHAWN LEMONS-WOODARD sold additional firearms in furtherance of the conspiracy on or about June 13 and July 18, 2017;

b)     On or about July 24, 2017, LEMONS-WOODARD sent a text message to an

individual photographs containing multiple firearms for sale;

   c) On or about October 31, 2017, LEMONS-WOODARD sent a text message to an individual stating he could sell two firearms for $1,000;

   d) On or about October 31, 2017, LEMONS-WOODWARD sent a text message containing two photos of the firearms for sale to another individual;

   e) On or about November 21, 2017, STERLING WALKER delivered to DANIEL JAMES on Makin Road an AR-15 style pistol that DANIEL JAMES then sold, along with a fully automatic .40 caliber Glock 22 pistol, to another person;

   f) On or about March 8, 2018, DANIEL JAMES told another person to speak to his "nef" on Makin Road in order to purchase a firearm. The person then approached PAUL RIVERA and DARRELL MURPHY JR. on Makin Road, and DARRELL MURPHY JR. sold that person a firearm;

   g) On or about June 5, 2018, DANIEL JAMES arranged to sell multiple firearms to another person, including an AR-15 style pistol. STERLING WALKER brought that firearm to Makin Road and sold it to another person. During the same transaction, DANIEL JAMES sold the person a .45 caliber pistol;

   h) On or about August 23, 2018, DARRELL MURPHY JR. facilitated the sale of four firearms to another person. DANIEL JAMES approved the transaction over the telephone with the other person and said it was safe to purchase guns through DARRELL MURPHY JR.;

   i) On November 15, 2018, DARRELL MURPHY JR. told DANIEL JAMES over the telephone that he knew someone that had a "Tec" firearm for sale and asked DANIEL JAMES how much it was worth. DANIEL JAMES replied "five, six hundred";

   j) On November 26, 2018, DANIEL JAMES told STERLING WALKER over the telephone to let him know if he came across any firearms.

  All in violation of Title 18, United States Code, Section 371.


COUNT TWO:   (21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and to
          Distribute Cocaine and Cocaine Base)

  4. Beginning on a date unknown to the Grand Jury but since at least October 11, 2017, and

continuing up through and including January 10, 2019, in the Northern District of California, the defendants,

DANIEL JAMES,
GEORGE MOORE JR.,
TERRY WALKER SR.,
DALE DAVIS,
PAUL RIVERA,
DARRYL WASHINGTON,
CAMERON MOORE-WILLIAMS,
STERLING WALKER,
DEANTAE KENNEDY-PALMER, and
JOE FRANK

and others known and unknown to the Grand Jury, knowingly and intentionally conspired to manufacture, distribute, and possess with intent to distribute a mixture and substance containing cocaine base, and conspired to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

<u>Quantity of Cocaine and Cocaine Base Involved in the Conspiracy</u>

5.     With respect to DANIEL JAMES, GEORGE MOORE JR., TERRY WALKER SR., DALE DAVIS, PAUL RIVERA, and DARRYL WASHINGTON, their conduct as members of the conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count Two, involved 280 grams or more of a mixture and substance containing cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A), and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its sales, optical and geometric isomers, and salts of its isomers, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B).

6.     With respect to CAMERON MOORE-WILLIAMS, STERLING WALKER, DEANTAE KENNEDY-PALMER, and JOE FRANK, their conduct as members of the conspiracy charged in Count Two, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count Two, involved 28 grams or more of a mixture and substance containing cocaine base, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B), and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its sales, optical and geometric isomers, and salts of its isomers, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B).

COUNT THREE: ✓  (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

7.  Beginning on or about June 6, 2017 and continuing through January 10, 2019, in the Northern District of California, the defendant,

DANIEL JAMES, ✓

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT FOUR: ✓  (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

8.  Beginning on or about June 6, 2017 and continuing through January 10, 2019, in the Northern District of California, the defendant,

DESHAWN LEMONS-WOODARD, ✓

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT FIVE: ✓  (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

9.  Beginning on or about November 21, 2017 and continuing through January 10, 2019, in the Northern District of California, the defendant,

STERLING WALKER, ✓

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT SIX: ✓  (18 U.S.C. § 922(a)(1)(A) – Dealing Firearms Without a License)

10.  Beginning on or about March 3, 2018 and continuing through January 10, 2019, in the Northern District of California, the defendant,

DARRELL MURPHY JR., ✓

1  not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

2  willfully engaged in the business of dealing in firearms, in violation of Title 18, United States Code,

3  Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

4

5  COUNT SEVEN:    (18 U.S.C. § 922(o) – Unlawful Possession and Transfer of a Machine Gun)

6        11.    On or about November 2, 2017, in the Northern District of California, the defendants,

7                        DARRYL WASHINGTON and
                        VERNELL THROWER,
8

9  unlawfully possessed and transferred a machinegun (any weapon which shoots and is designed to shoot

10  automatically more than one shot, without manual reloading, by a single function of the trigger),

11  specifically, a Glock 23 .40 caliber pistol, serial number BAEA916, in violation of Title 18, United

12  States Code, Section 922(o).

13

14  COUNT EIGHT:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

15        12.    On or about November 2, 2017, in the Northern District of California, the defendants,

16                        DARRYL WASHINGTON and
                        VERNELL THROWER,
17

18  knowingly possessed a firearm, namely, one Glock 23 .40 caliber pistol, bearing serial number

19  BAEA916, all in and affecting interstate and foreign commerce, each knowing he had been previously

20  convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly,

21  all in violation of Title 18, United States Code, Section 922(g)(1).

22

23  COUNT NINE:    (18 U.S.C. § 922(o) – Unlawful Possession and Transfer of a Machine Gun)

24        13.    On or about November 21, 2017, in the Northern District of California, the defendant,

25                        DANIEL JAMES,

26  unlawfully possessed and transferred a machinegun (any weapon which shoots and is designed to shoot

27  automatically more than one shot, without manual reloading, by a single function of the trigger),

28  specifically, a Glock 22 .40 caliber pistol, serial number PZL229, in violation of Title 18, United States

SUPERSEDING INDICTMENT              7
CR 19-00043 YGR

Code, Section 922(o).

COUNT TEN:   (18 U.S.C. § 922(k) – Possession of Firearms with an Obliterated Serial Number)

14.    On or about July 31, 2018, in the Northern District of California, the defendant,

DANIEL JAMES,

knowingly possessed two firearms, specifically, two Anderson Manufacturing AM-15 5.56mm cal. pistols, that had been shipped and transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

COUNT ELEVEN:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

15.    On or about July 31, 2018, in the Northern District of California, the defendant,

PAUL RIVERA,

knowingly possessed a firearm, namely, one Taurus PT709 Slim 9mm caliber pistol, bearing serial number THW16062, all in and affecting interstate and foreign commerce, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWELVE:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

16.    On or about October 9, 2018, in the Northern District of California, the defendant,

DARRYL WASHINGTON,

knowingly possessed a firearm, namely, one Bryco Arms Jennings 9mm pistol, bearing serial number 1563705, all in and affecting interstate and foreign commerce, knowing he had been previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and did so knowingly, all in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THIRTEEN:  (18 U.S.C. § 922(o) – Possession of a Machine Gun)

17.    On or about January 10, 2019, in the Northern District of California, the defendant,

PAUL RIVERA,

unlawfully possessed and transferred a machinegun (any part designed and intended solely and

exclusively for use in converting a weapon into a weapon that shoots and is designed to shoot

automatically more than one shot, without manual reloading, by a single function of the trigger),

specifically, a device commonly known as a "Glock switch," in violation of Title 18, United States

Code, Section 922(o).

COUNT FOURTEEN:  (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

       18.     On or about January 10, 2019, in the Northern District of California, the defendant,

GEORGE MOORE JR.,

knowingly possessed a firearm, namely, one Mossberg 500A shotgun, bearing serial number K888504,

all in and affecting interstate and foreign commerce, knowing he had been previously convicted of a

crime punishable by a term of imprisonment exceeding one year, and did so knowingly, all in violation

of Title 18, United States Code, Section 922(g)(1).

COUNT FIFTEEN:  (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute
Cocaine Base)

       19.     On or about January 29, 2018, in the Northern District of California, the defendant,

DANIEL JAMES,

knowingly and intentionally distributed and possessed with intent to distribute 28 grams or more of a

mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United

States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii).

COUNT SIXTEEN:  (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
Distribute Cocaine)

       20.     On or about March 15, 2018, in the Northern District of California, the defendant,

DANIEL JAMES,

knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance

1 | containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers,

2 | in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

3 |

4 | COUNT SEVENTEEN:     (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine Base)

5 |

6 |      21.     On or about October 7, 2018, in the Northern District of California, the defendant,

7 | DEANTAE KENNEDY-PALMER,

8 | knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance

9 | containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections

10 | 846, 841(a)(1) and 841(b)(1)(C).

11 |

12 | COUNT EIGHTEEN:     (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine Base)

13 |

14 |      22.     On or about October 9, 2018, in the Northern District of California, the defendant,

15 | DANIEL JAMES,

16 | knowingly and intentionally distributed and possessed with intent to distribute 28 grams or more of a

17 | mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United

18 | States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii).

19 |

20 | COUNT NINETEEN:     (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to Distribute Cocaine)

21 |

22 |      23.     On or about October 11, 2018, in the Northern District of California, the defendant,

23 | DANIEL JAMES,

24 | knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance

25 | containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers,

26 | in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

27 | ///

28 | ///

1  <u>COUNT TWENTY</u>:          (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                 Distribute Cocaine Base)
2

3          24.      On or about December 12, 2018, in the Northern District of California, the defendants,

4                                    DANIEL JAMES and
                                     PAUL RIVERA,
5

6  knowingly and intentionally distributed and possessed with intent to distribute a mixture or substance

7  containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections

8  841(a)(1) and 841(b)(1)(C).

9

10 <u>COUNT TWENTY-ONE</u>:     (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                 Distribute Cocaine Base)
11

12         25.      On or about January 10, 2019, in the Northern District of California, the defendant,

13                                    DANIEL JAMES,

14 knowingly and intentionally possessed with intent to distribute a mixture or substance containing a

15 detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and

16 841(b)(1)(C).

17

18 <u>COUNT TWENTY-TWO</u>:     (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                 Distribute Cocaine Base)
19

20         26.      On or about January 10, 2019, in the Northern District of California, the defendant,

21                                    TERRY WALKER SR.,

22 knowingly and intentionally possessed with intent to distribute a mixture or substance containing

23 cocaine base, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

24

25 <u>COUNT TWENTY-THREE</u>:   (21 U.S.C. § 841(a)(1) – Distribution and Possession with Intent to
                                 Distribute Cocaine Base)
26

27         27.      On or about January 10, 2019, in the Northern District of California, the defendant,

28                                    STERLING WALKER,

1 | knowingly and intentionally distributed and possessed with intent to distribute 28 grams or more of a
2 | mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United
3 | States Code, Sections 846, 841(a)(1) and 841(b)(1)(B)(iii).
4 |
5 | COUNT TWENTY-FOUR: (18 U.S.C. § 922(o) – Possession of a Machine Gun)
6 |       28.     On or about June 28, 2018, in the Northern District of California, the defendant,
7 |                         PAUL RIVERA,
8 | unlawfully possessed and transferred a machinegun specifically, a Glock 23, .40 caliber pistol with a
9 | device commonly known as a "Glock switch" attached, serial number BXX604, in violation of Title 18,
10 | United States Code, Section 922(o).
11 |
12 | COUNT TWENTY-FIVE: (18 U.S.C. § 922(g) – Felon in Possession of a Firearm)
13 |       29.     On or about June 28, 2018, in the Northern District of California, the defendant,
14 |                         PAUL RIVERA,
15 | knowingly possessed a firearm, namely, one Glock 23, .40 caliber pistol, bearing serial number
16 | BXX604, and loaded with 12 .40 caliber Federal Smith & Wesson ammunition, all in and affecting
17 | interstate and foreign commerce, knowing he had been previously convicted of a crime punishable by a
18 | term of imprisonment exceeding one year, and did so knowingly, all in violation of Title 18, United
19 | States Code, Section 922(g)(1).
20 |
21 | FORFEITURE ALLEGATION:     (18 U.S.C. § 924, 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) –
22 | Criminal Forfeiture)
23 |       1.     The allegations contained above in this Indictment are realleged and by this reference
24 | fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C.
25 | § 924 and 21 U.S.C. § 853.
26 |       2.     Upon a conviction of any of the offenses alleged in Counts One, Three through Fourteen,
27 | and Twenty-Four above, the defendants,
28 |                         DANIEL JAMES,
                        PAUL RIVERA,

DARRYL WASHINGTON,
STERLING WALKER,
DARRELL MURPHY JR.,
DESHAWN LEMONS-WOODARD,
GEORGE MOORE JR. and
VERNELL THROWER,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1), any firearms and ammunition

involved in the commission of the offenses, including but not limited to the following property:

| |
|---|
| TKS Engineering AR15HD .223 cal. rifle, serial no. 0910010 |
| Glock 23 40 cal. pistol with obliterated serial number |
| Glock 19 9mm pistol, serial no. TC928 |
| Beretta 84FS Cheetah .380 cal. pistol, serial no. H07025Y |
| Smith & Wesson SD .40 cal. pistol, serial no. HFJ0152 |
| Springfield Armory XD .40 caliber pistol, serial no. US4275 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Beretta 96 .40 cal. pistol, serial no. BER080602 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Fully automatic Glock 23 .40 cal. pistol, serial no. BAEA916 |
| Fully automatic Glock 22 40 cal. pistol, serial no. PZL229 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Springfield Armory XD .45 caliber pistol, serial no. XD639243 |
| Springfield Armory XD .40 cal. pistol, serial no. XD565385 |
| Springfield Armory XD .45 cal. pistol, serial no. XD667617 |
| AR-15 style pistol, no manufacturer marks or serial number |
| Short-barreled rifle, no manufacturer marks or serial number |
| Kahr Arms P40 .40 cal. pistol, with an obliterated serial number |
| Smith & Wesson 9mm pistol, serial no. FWS8802 |
| Heckler & Koch USP40 .40 cal. pistol, serial no. 22-27117; |
| Beretta 92FS 9mm pistol, serial no. E38985Z |
| Smith & Wesson SD40 VE .40 cal. pistol, serial no. HFW2363 |
| Taurus PT99AF 9mm pistol, serial no. TYK51102 |
| Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. |
| Anderson Mfg AM-15 5.56mm cal. pistol, obliterated serial no. |
| Taurus PT709 Slim 9mm cal. pistol |
| Springfield Armory XD40 sub-compact .40 cal. pistol, serial no. US450601 |
| Springfield Armory XD40 .40 cal. pistol, serial no. US387906 |

| |
|---|
| Smith & Wesson M&P .38 cal. pistol, serial no. 9076 |
| Unknown mfr, serial no. unknown |
| Glock 30 .45 cal. pistol, serial no. CMT960US |
| Glock-type .40 cal. sub-compact pistol, equipped with Glock 27 slide assembly, serial no. FFF989 |
| Bryco Arms Jennings Nine 9mm pistol, serial no. 1563705 |
| Unknown manufacturer, AK-Type short barreled rifle |
| Kimber 1911 Ultra Carry II .45 cal. pistol, serial no. KU234373 |
| Unknown make/model pistol with an "auto switch," seized on January 10, 2019 |
| Unknown make/model pistol, serial no. PF940C, seized on January 10, 2019 |
| Glock 30S, .45 caliber pistol, serial no. YEP619, seized on January 10, 2019 |
| Glock .45 caliber pistol with extended magazine, seized on January 10, 2019 |
| Davis Industries P380 pistol, serial no. AP068569, seized on January 10, 2019 |
| Mossberg 500A shotgun, serial no. K888504, seized on January 10, 2019 |
| Smith & Wesson 9mm handgun, serial no. FWF7388 |
| Glock 23, .40 caliber pistol with an "auto switch," serial no. BXX604 |

3.    Upon a conviction of any of the offenses alleged in Count Two and Counts Fifteen through Twenty-Three, the defendants,

DANIEL JAMES,<br>
GEORGE MOORE JR.,<br>
DALE DAVIS,<br>
TERRY WALKER SR.,<br>
PAUL RIVERA,<br>
DARRYL WASHINGTON,<br>
CAMERON MOORE-WILLIAMS,<br>
STERLING WALKER,<br>
DEANTAE KENNEDY-PALMER and<br>
JOE FRANK

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), all right, title, and interest in property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the said violations. Property to be forfeited includes but is not limited to a forfeiture money judgment and all United States currency and electronic devices, including mobile telephones, seized on or about January 10, 2019.

1    4.    If, as a result of any act or omission of the defendants, any of said property

2          a.    cannot be located upon the exercise of due diligence;

3          b.    has been transferred or sold to or deposited with a third person;

4          c.    has been placed beyond the jurisdiction of the Court;

5          d.    has been substantially diminished in value; or

6          e.    has been commingled with other property with cannot be divided without

7                difficulty;

8    the United States of America shall be entitled to forfeiture of substitute property of the defendants

9    pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 924.

10         All pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Federal Rule of

11   Criminal Procedure 32.2.

12

13   DATED: July 18, 2019                          A TRUE BILL.

14

15                                                 _____
                                                   FOREPERSON

16

17   DAVID L. ANDERSON
     United States Attorney

18

19   _____

20   SHIAO C. LEE
     FRANK J. RIEBLI
21   Assistant United States Attorneys

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT                15
CR 19-00043 YGR