ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland CA 94607
510-452-8400 tel.
510-201-2084 fax
erik@babcocklawoffice.com

Attorney for Defendant
DANIEL JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. 19-cr-00043 YGR |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT DANIEL JAMES NON-OPPOSITION TO GOVERNMENT MOTION FOR COMPETENCY EXAMINATION** |
| DANIEL JAMES | ) |
| Defendant. | ) |

The government filed a motion for a competency examination of Mr. James (Dkt 426). Counsel for Mr. James does not object to the relief requested in that motion, or to the proposed order.

DATED: August 11, 2021

By: _____/s/_____
ERIK BABCOCK
Attorney for Defendant
DANIEL JAMES

NOTICE OF NON-OBJECTION TO COMPETENCY EXAMINATION
19-cr-00043 YGR